# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK DIVISION

| | |
|---|---|
| DeLisa Jackman<br><br>          Plaintiff,<br>v.<br><br>Nelson, Hirsch & Associates, Inc,<br><br>          Defendant. | Case No. 2:10-cv-05854-WJM-MF<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Macey & Aleman,

By:  /s/ Alana M. Carrion
Alana M. Carrion
17 Academy Street, Suite 610
Newark, NJ 07102
Tel: 1.888.303.0431
axc@legalhelpers.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2011, my firm served Defendant with the foregoing Notice by depositing a copy of the same in the U.S. mail addressed as follows:

Nelson, Hirsch & Associates, Inc.
c/o Myrna Varela
1510 Hwy 74, Suite 219
Tyrone, GA 30290

/s/ Alana M. Carrion